# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Van Tatenhove, Gregory F. | District Court -ED-KY | 08/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final | 01/01/2019<br>**to**<br>12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

330 West Broadway
354 Federal Building
Frankfort, Kentucky 40601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Committee |
| 2. | Member | ▓▓▓▓▓▓▓▓ Board |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 08/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. May 2019 | ▨▨▨▨▨ -- Teaching | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Commonwealth of Kentucky, ▨▨▨▨▨▨▨ |
| 2. 2019 | Commonwealth of Kentucky, ▨▨▨▨▨ |
| 3. 2019 | Trout Law Office, PLLC (Spouse) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ms. Kiki Courtelis (Permanent Recusal List) | September 2019 | Saratoga, New York | Personal Travel | Transportation and Lodging |
| 2. | Ms. Kiki Courtelis (Permanent Recusal List) | October 2019 | Skukuza, South Africa | ▨ Personal Travel | Transportation and Lodging |
| 3. | Legislative Research Commission | December 2019 | Cadiz, Kentucky | ▨ Business Travel | Transportation and Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Van Tatenhove, Gregory F.** | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ms. Kiki Courtelis (Permanent Recusal List) | Sporting Event Tickets | $2,920.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Van Tatenhove, Gregory F.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property Number One Lexington, Kentucky | B | Rent | M | W | | | | | |
| 2. AB High Income Muni Bond | A | Interest | | | Sold | 10/28/19 | K | A | |
| 3. | | | | | Buy | 09/13/19 | K | | |
| 4. NFFFX- American Funds New World Fund | D | Dividend | L | T | Buy | 12/23/19 | J | | |
| 5. | | | | | Buy | 01/30/19 | M | | |
| 6. | | | | | Buy | 05/24/19 | J | | |
| 7. | | | | | Buy | 06/18/19 | J | | |
| 8. | | | | | Buy | 12/31/19 | K | | |
| 9. | | | | | Sold | 09/17/19 | J | A | |
| 10. | | | | | Sold | 10/28/19 | J | A | |
| 11. | | | | | Sold | 10/28/19 | J | A | |
| 12. Barclays Bank PLC LOA/TA Bond | A | Interest | L | T | Buy | 06/26/19 | L | | |
| 13. Barclays Bank PLC TA-CYN Bond | A | Interest | L | T | Buy | 07/29/19 | L | | |
| 14. Barclays Bank PLC- TA RTY Bond | A | Interest | L | T | Buy | 04/26/19 | L | | |
| 15. Bank of America Bond 2.6% | A | Interest | | | Matured | 01/15/19 | K | | |
| 16. SHSSX- Blackrock Health Sciences | A | Dividend | | | Buy | 05/24/19 | J | | |
| 17. | | | | | Buy | 12/31/19 | J | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 01/30/19 | L | A | |
| 19. | | | | | Sold | 09/17/19 | J | A | |
| 20. | | | | | Sold | 10/28/19 | J | A | |
| 21. | C | Dividend | J | T | Buy | 12/06/19 | J | | |
| 22. Citigroup Global CYN MXEF | B | Interest | L | T | Buy | 06/14/19 | L | | |
| 23. XLC - Comm. Services | A | Dividend | | | Buy | 01/30/19 | J | | |
| 24. | | | | | Sold | 01/30/19 | J | A | |
| 25. | | | | | Sold | 05/24/19 | J | A | |
| 26. | | | | | Sold | 09/17/19 | J | A | |
| 27. | | | | | Sold | 10/28/19 | J | A | |
| 28. | | | | | Sold | 12/31/19 | J | A | |
| 29. CS AG- TA- SDT Bond | D | Interest | | | Redeemed | 07/23/19 | M | | |
| 30. Credit Suisse AG- TA-CYN SPX | A | Interest | K | T | Buy | 09/06/19 | K | | |
| 31. Credit Suisse NY Bond | A | Interest | K | T | Buy | 01/20/19 | K | | |
| 32. Davis Global Fund | A | Dividend | | | Sold | 01/30/19 | M | A | |
| 33. Deutsche Bank 2.5% 2/13/19 | A | Interest | | | Redeemed | 02/13/19 | L | | |
| 34. Eastman Chemical 2.7% | A | Interest | K | T | Buy | 01/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Van Tatenhove, Gregory F.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EQT Corp 2.5% | A | Interest | K | T | Buy | 01/30/19 | K | | |
| 36. XLF- Financial Sector | A | Dividend | | | Sold | 01/30/19 | M | A | |
| 37. GM Bond 2.35% | A | Interest | | | Redeemed | 10/04/19 | K | | |
| 38. GM Bond 3.15% | A | Interest | J | T | Buy | 01/30/19 | J | | |
| 39. GM Bond 3.15% | A | Interest | | | Redeemed | 12/16/19 | L | | |
| 40. Goldman Sachs 2.3% | A | Interest | K | T | Buy | 01/30/19 | K | | |
| 41. Goldman Sachs 2.3% | A | Interest | | | Sold | 07/18/19 | K | A | |
| 42. Goldman Sachs L/O TA SPX | A | Interest | K | T | Buy | 10/29/19 | K | | |
| 43. HSBC USA L/O NDX | A | Interest | K | T | Buy | 12/10/19 | K | | |
| 44. HSBC USA L/O RTY | D | Interest | | | Redeemed | 11/14/19 | M | | |
| 45. | | | | | Buy | 05/10/19 | M | | |
| 46. Husky Energy 7.25% | A | Interest | | | Buy | 01/30/19 | K | | |
| 47. | | | | | Redeemed | 12/16/19 | K | | |
| 48. ACTDX- Invesco HY Muni | C | Interest | | | Buy | 03/14/19 | M | | |
| 49. | | | | | Sold | 10/21/19 | K | B | |
| 50. QQQ- Invesco | A | Dividend | | | Sold | 01/30/19 | M | A | |
| 51. | | | | | Sold | 06/18/19 | J | A | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Van Tatenhove, Gregory F.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  RSP- Invesco | A | Dividend | | | Buy | 01/30/19 | M | | |
| 53. | | | | | Buy | 12/31/19 | J | | |
| 54. | | | | | Sold | 05/24/19 | J | A | |
| 55. | | | | | Sold | 09/17/19 | J | A | |
| 56. | | | | | Sold | 10/28/19 | J | A | |
| 57.  ISHYX- Invesco HY Short Muni | C | Dividend | | | Sold | 03/14/19 | M | A | |
| 58. | | | | | Sold | 06/14/19 | L | A | |
| 59. | | | | | Buy | 01/30/19 | M | | |
| 60. | | | | | Sold | 05/24/19 | J | A | |
| 61. | | | | | Sold | 05/24/19 | J | A | |
| 62. | | | | | Sold | 09/17/19 | J | B | |
| 63. | | | | | Sold | 10/28/19 | J | B | |
| 64. | | | | | Sold | 10/28/19 | J | B | |
| 65.  IJR- Small Cap | B | Dividend | | | Buy | 12/20/19 | J | | |
| 66. | | | | | Buy | 01/30/19 | L | | |
| 67. | | | | | Buy | 05/24/19 | L | | |
| 68. | | | | | Buy | 06/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 09/17/19 | J | A | |
| 70. | | | | | Sold | 10/28/19 | K | A | |
| 71. | | | | | Sold | 12/31/19 | K | B | |
| 72.  IWR- Midcap | A | Dividend | J | T | Buy | 01/30/19 | M | | |
| 73. | | | | | Buy | 12/31/19 | J | | |
| 74. | | | | | Sold | 05/24/19 | J | A | |
| 75. | | | | | Sold | 09/17/19 | J | A | |
| 76. | | | | | Sold | 10/28/19 | J | A | |
| 77.  JP Morgan LO TA NDX Bond | A | Interest | K | T | Buy | 11/15/19 | K | | |
| 78.  JP Morgan LO TA- RTY Bond | C | Interest | | | Buy | 06/26/19 | M | | |
| 79. | | | | | Redeemed | 12/31/19 | M | | |
| 80.  JP Morgan LO NDX_RTY Bond | A | Interest | L | T | Buy | 10/29/19 | L | | |
| 81.  JP Morgan LOA RTY_SPX Bond | C | Interest | | | Redeemed | 04/30/19 | L | | |
| 82.  JP Morgan LOA CYN SPX Bond | C | Interest | L | T | | | | | |
| 83.  JP Morgan LOA CYN RTY Bond | C | Interest | | | Redeemed | 12/03/19 | L | | |
| 84.  Kinder Morgan Energy 2.65% Bond | A | Interest | | | Redeemed | 02/01/19 | K | | |
| 85.  MDIJX- MFS Int. | A | Dividend | J | T | Buy | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 01/30/19 | M | A | |
| 87. | | | | | Sold | 05/24/19 | J | A | |
| 88. | | | | | Sold | 06/18/19 | J | A | |
| 89. | | | | | Sold | 09/18/19 | J | A | |
| 90. | | | | | Sold | 10/28/19 | J | A | |
| 91. Morgan Stanley LOA INDU Bond | A | Interest | L | T | Buy | 07/29/19 | L | | |
| 92. NASDAQ OMC Bond | A | Interest | | | Buy | 01/30/19 | J | | |
| 93. | | | | | Redeemed | 05/01/19 | J | | |
| 94. Nomura Bond | A | Interest | | | Redeemed | 03/19/19 | J | | |
| 95. NVHIX- Nuveen Short | A | Dividend | | | Sold | 04/26/19 | K | A | |
| 96. | | | | | Sold | 06/14/19 | L | B | |
| 97. | | | | | Sold | 07/02/19 | K | A | |
| 98. | | | | | Sold | 07/15/19 | L | B | |
| 99. | | | | | Sold | 07/18/19 | K | A | |
| 100. | | | | | Sold | 08/16/19 | L | B | |
| 101. ODVYX- Opp. Intl | A | Dividend | | | Sold | 01/30/19 | M | A | |
| 102. RBC LO- CYN Bond | B | Interest | | | Buy | 03/27/19 | K | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Redeemed | 12/31/19 | K | | |
| 104.  RBC LO CYN EEM Bond | B | Interest | M | T | Buy | 07/12/19 | M | | |
| 105.  RBC LO CYN NDX Bond | | None | L | T | Buy | 12/20/19 | L | | |
| 106.  RBC CYN RTY Bond | B | Interest | | | Buy | 01/18/19 | L | | |
| 107. | | | | | Redeemed | 07/22/19 | L | | |
| 108.  RBC CYN RTY Bond | B | Interest | | | Buy | 06/14/19 | L | | |
| 109. | | | | | Redeemed | 12/18/19 | L | | |
| 110.  XLK- Tech Select | A | Dividend | | | Sold | 01/30/19 | J | A | |
| 111. | | | | | Sold | 05/24/19 | J | A | |
| 112. | | | | | Sold | 09/17/19 | J | A | |
| 113. | | | | | Sold | 10/28/19 | J | A | |
| 114. | | | | | Sold | 12/31/19 | J | C | |
| 115.  TIBIX- Thornburg | A | Dividend | J | T | Buy | 05/24/19 | K | | |
| 116. | | | | | Buy | 12/31/19 | J | | |
| 117. | | | | | Sold | 01/30/19 | J | A | |
| 118. | | | | | Sold | 06/18/19 | J | A | |
| 119. | | | | | Sold | 09/17/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Van Tatenhove, Gregory F.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | B | Dividend | J | T | Buy | 09/23/19 | J | | |
| 121. | B | Dividend | J | T | Buy | 12/30/19 | J | | |
| 122.  UBS Select Prime MM | A | Dividend | | | Buy | 09/19/19 | K | | |
| 123. | | | | | Sold | 01/31/19 | K | A | |
| 124. | | | | | Sold | 10/22/19 | K | A | |
| 125.  VUG- Vanguard Growth | A | Dividend | | | Buy | 01/30/19 | L | | |
| 126. | | | | | Buy | 06/18/19 | J | | |
| 127. | | | | | Sold | 05/24/19 | K | C | |
| 128. | | | | | Sold | 09/17/19 | J | A | |
| 129. | | | | | Sold | 10/28/19 | J | B | |
| 130.  VO- Vangaurd Mid | A | Dividend | | | Sold | 01/30/19 | M | A | |
| 131. | | | | | Sold | 05/24/19 | J | A | |
| 132. | | | | | Sold | 10/28/19 | J | A | |
| 133.  VTV- Vanguard Value | D | Dividend | J | T | Buy | 01/30/19 | L | | |
| 134. | | | | | Buy | 05/24/19 | J | | |
| 135. | | | | | Buy | 06/18/19 | J | | |
| 136. | | | | | Buy | 12/31/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Van Tatenhove, Gregory F.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 05/24/19 | J | | |
| 138. | | | | | Sold | 09/17/19 | J | | |
| 139. | | | | | Sold | 10/28/19 | J | | |
| 140. Barclays CYN SPX Bond | A | Interest | | | Redeemed | 04/30/19 | K | | |
| 141. Citigroup LO CYN RTY Bond | B | Interest | L | T | | | | | |
| 142. Eastman Chemical 2.7 | A | Interest | | | Redeemed | 12/16/19 | K | | |
| 143. GM Motors 3.5% | A | Interest | | | Redeemed | 07/10/19 | K | | |
| 144. ODVYX- Opp. | A | Dividend | | | Sold | 06/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Gregory F. Van Tatenhove

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544